# United States District Court
# For The Western District of North Carolina
# Statesville Division

DOUGLAS K. ANDERSON,

       Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:11CV137

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2012, Order.

                      Signed: July 2, 2012

                      */s/ Frank G. Johns*
                      Frank G. Johns, Clerk
                      United States District Court