# United States District Court
## For The Western District of North Carolina
## Statesville Division

DOUGLAS K. ANDERSON,

      Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:11CV137

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2012, Order.

                    Signed: July 2, 2012

Frank G. Johns, Clerk
United States District Court