**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-137-RLV-DCK**

| | |
|---|---|
| **DOUGLAS ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Petition For Attorney Fees Under The Equal Access To Justice Act 28 U.S.C. § 2412" (Document No. 18) filed July 9, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

Pursuant to <u>Comm'r of Soc. Sec. v. Ratliff</u>, 560 U.S. ----, 130 S.Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. Defendant will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel.

**IT IS THEREFORE ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $3,883.44 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and that Plaintiff be reimbursed by $75.00 for costs, and upon the payment of such sum this case is dismissed with prejudice.

Signed: July 9, 2012

David C. Keesler
United States Magistrate Judge